UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 17-23220-CIV-MORENO
(01-00427-CR-MORENO)

PATRICK HARRIS,

    Movant,

vs.

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DISMISSING MOVANT'S MOTION TO VACATE

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge, for a Report and Recommendation on Movant's Motion to Vacate pursuant to 28 U.S.C. § 2255, filed on **August 24, 2017**. The Magistrate Judge filed a Report and Recommendation **(D.E. 3)** on **August 29, 2017**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the objections are **OVERRULED** and Magistrate Judge White's Report and Recommendation is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that Movant's Motion to Vacate pursuant to 28 U.S.C. § 2255 is **DISMISSED** for lack of jurisdiction for Movant's failure to obtain from the Eleventh Circuit Court of Appeals the authorization required by 28 U.S.C. § 2244(b)(3). It is further

**ADJUDGED** that no certificate of appealability issue.

DONE AND ORDERED in Chambers at Miami, Florida, this 22 of September 2017.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge Patrick A. White

Counsel of Record

Patrick Harris, *Pro Se*
62236-004
Victorville United States Penitentiary
Inmnate Mail/Parcels
Post Office Box 5300
Adelanto, CA 92301